**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROVIDENCE CAPITAL FUNDING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAGELLAN PHARMACEUTICALS, INC., a Florida corporation; JOHN CRONAN, an individual also known as JOHN MICHAEL CRONAN JR.; STAVROS J. LALIOTIS, an individual also known as STAVROS JOHN LALIOTIS; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:26-cv-01299<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE [20]** |

**ORDER**

Having considered and reviewed the Parties' Joint Stipulation to Dismiss Case (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned action is **DISMISSED WITH PREJUDICE** in the entirety as to all parties and all claims for relief. Each

party is to bear its own respective attorneys' fees and costs.

2. All pending proceedings are **VACATED** and no further proceedings shall take place in this action.

**IT IS SO ORDERED.**

DATED: September 8, 2026

David O. Carter

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE